GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
Email: hurleyg@gtlaw.com

Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC., a Delaware corporation,
and HOST MARRIOTT CORPORATION, a Maryland corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO and RICHARD THESING, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation; OCEAN COLONY PARTNERS, L.L.C. a California limited liability company, <br><br> Defendants. | CASE NO. C 05 4004 JCS <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br><br> Action Filed: October 4, 2005 |

LA-FS1\301550v01\71233.010200

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED by and between Plaintiffs, Lawrence Celano and Richard Thesing, and the Proposed Plaintiff Class, and Defendants Marriott International, Inc. and Host Marriott Corporation, through their respective counsel, that Defendants' responsive pleading in the within matter shall be filed on or before November 16, 2005.

DATED: October 25, 2005

CHAVEZ & GERTLER LLP

By: _____
   Mark A. Chavez
Attorneys for Plaintiffs
LAWRENCE CELANO, RICHARD THESING,
and the PROPOSED PLAINTIFF CLASS

DATED: October 25, 2005

DISABILITY RIGHTS ADVOCATES

By: Larry Paradis /sy Kevin Knestrick
   Laurence W. Paradis         authorized 10/25/05
Attorneys for Plaintiffs
LAWRENCE CELANO, RICHARD THESING,
and the PROPOSED PLAINTIFF CLASS

DATED: October __, 2005

GREENBERG TRAURIG, LLP

By: _____
   Gregory F. Hurley
Attorneys for Defendants
MARRIOTT INTERNATIONAL, INC. and
HOST MARRIOTT CORPORATION

Dated: Oct. 27, 2005

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LA-FS1\301550v01\71235.010200

2

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT