| | |
|---|---|
| 1 | LINDA E. SHOSTAK (BAR NO. 64599) |
| | JAMES E. BODDY, JR. (BAR NO. 65244) |
| 2 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 3 | San Francisco, California 94105-2482 |
| | Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |
| 5 | Attorneys for Defendant |
| | OCEAN COLONY PARTNERS, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAWRENCE CELANO and RICHARD THESING, individually and on behalf of all others similarly situated, | CASE NO. C05-4004 JCS |
| Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation; OCEAN COLONY PARTNERS, L.L.C., a California limited liability company, | |
| Defendants. | |

CASE NO. C05-4004
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
sf-2023665

1

1  Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the
2  above-captioned action hereby stipulate through their respective counsel that Defendant OCEAN
3  Colony Partners, L.L.C. shall have up to and including November 25, 2005 to respond to the
4  Complaint in the above-captioned action. There have been no prior extensions of time to
5  respond to the Complaint.

Dated: October 26, 2005

LINDA E. SHOSTAK
JAMES E. BODDY, JR
MORRISON & FOERSTER LLP

By: /s/ Linda Shostak
Linda E. Shostak

Attorneys for Defendant
OCEAN COLONY PARTNERS, L.L.C.

Dated: October 27, 2002

MARK A. CHAVEZ
KIM E. CARD
ANDREA S. VISVESHWARA
CHAVEZ & GERTLER LLP

LAURENCE W. PARADIS
KEVIN KNESTRICK
DISABILITY RIGHTS ADVOCATES

By: /s/ Laurence Paradis
Laurence W. Paradis

Attorneys for Plaintiffs
LAWRENCE CELANO
and RICHARD THESING

Dated: November 3, 2005

IT IS SO ORDERED
Judge Joseph C. Spero

CASE NO. C05-4004                                 2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
sf-2023665