| | |
|---|---|
| 1 | LINDA E. SHOSTAK (BAR NO. 64599)<br>JAMES E. BODDY, JR. (BAR NO. 65244) |
| 2 | MORRISON & FOERSTER LLP<br>425 Market Street |
| 3 | San Francisco, California 94105-2482<br>Telephone: (415) 268-7000 |
| 4 | Facsimile: (415) 268-7522 |
| 5 | Attorneys for Defendant<br>OCEAN COLONY PARTNERS, L.L.C. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LAWRENCE CELANO and RICHARD THESING, individually and on behalf of all others similarly situated, | | CASE NO. C05-4004 JCS |
| | Plaintiffs, | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | | |
| MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation; OCEAN COLONY PARTNERS, L.L.C., a California limited liability company, | | |
| | Defendants. | |

CASE NO. C05-4004
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
sf-2039341

1

1     Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the

2 above-captioned action hereby stipulate through their respective counsel that Defendant OCEAN

3 Colony Partners, L.L.C. shall have up to and including January 25, 2006 to respond to the

4 Complaint in the above-captioned action. The parties previously agreed to an extension of time

5 to respond until November 25, 2005. The parties have agreed to an additional extension in order

6 to pursue further settlement negotiations. This extension will not alter an event or deadline

7 already set by the Court, as the Case Management Conference has been taken off calendar and

8 the parties have been directed to comply with General Order No. 56 (ADA Access Litigation).

| | | |
|---|---|---|
| 10 | Dated: November 23, 2005 | LINDA E. SHOSTAK<br>JAMES E. BODDY, JR<br>MORRISON & FOERSTER LLP |
| 13 | | By: /s/ Linda E. Shostak<br>      Linda E. Shostak |
| 14 | | Attorneys for Defendant<br>OCEAN COLONY PARTNERS, L.L.C. |
| 17 | Dated: November 23, 2005 | MARK A. CHAVEZ<br>KIM E. CARD<br>ANDREA S. VISVESHWARA<br>CHAVEZ & GERTLER LLP |
| 19 | Dated: Nov. 28, 2005 | LAURENCE W. PARADIS<br>KEVIN KNESTRICK<br>DISABILITY RIGHTS ADVOCATES |
| 22 | | By: /s/ Kevin Knestrick<br>      Kevin Knestrick |
| 23 | | Attorneys for Plaintiffs<br>LAWRENCE CELANO<br>and RICHARD THESING |

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Joseph C. Spero]*

### ATTESTATION

I, Linda E. Shostak, am the ECF User whose ID and password are being used to file this Stipulation to Extend Time to Respond to Complaint. In compliance with General Order 45, X.B., I hereby attest that Kevin Knestrick has concurred in this filing.

CASE NO. C05-4004                     2
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
sf-2039341