CHAVEZ & GERTLER LLP
MARK A. CHAVEZ (Bar No. 90858)
KIM E. CARD (Bar No. 147779)
ANDREA S. VISVESHWARA (Bar No. 227412)
42 Miller Avenue
Mill Valley, California
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
Email: mark@chavezgertler.com
       kim@chavezgerlter.com
       andrea@chavezgertler.com

DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (Bar No. 122336)
KEVIN KNESTRICK (Bar No. 229620)
2001 Center Street, Third Floor
Berkeley, California 94704-1204
Telephone:   (510) 665-8644
Facsimile:   (510) 665-8511
TTY:         (510) 665-8716
Email:       general@dralegal.org

Attorneys for Plaintiffs
LAWRENCE CELANO
RICHARD THESING and the
PROPOSED PLAINTIFF CLASS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO and RICHARD THESING, individually and on behalf of all similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation; OCEAN COLONY PARTNERS, L.L.C., a California limited liability company,<br><br>Defendants. | Case No. C-05-4004 PHJ<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OCEAN COLONY PARTNERS, L.L.C.**<br><br>Judge: The Honorable Phyllis J. Hamilton<br><br>Date Action Filed:  October 4, 2005 |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT OCEAN COLONY PARTNERS, L.L.C.

**WHEREAS,** on October 4, 2005, plaintiffs filed this class action against Defendants Marriott International Inc., Host Marriott Corporation, and Ocean Colony Partners, L.L.C. ("Ocean Colony") on behalf of a proposed class of "(a)ll people with mobility disabilities throughout the United States who require an accessible golf cart to secure full and equal access to the golf courses that are owned, operated and/or contracted for usage by Defendants" and a proposed Subclass of "(a)ll people with mobility disabilities throughout California who require an accessible golf cart to secure full and equal access to the golf courses that are owned, operated and/or contracted for usage by Defendants".

**WHEREAS,** plaintiffs' Complaint sought injunctive relief only.

**WHEREAS,** named plaintiffs Lawrence Celano and Richard Thesing have entered into a settlement and release of all claims with Defendant Ocean Colony (attached as Exhibit A).

**WHEREAS,** pursuant to the settlement agreement, Defendant Ocean Colony has agreed to acquire two accessible golf carts for use on Ocean Colony's golf courses and allow Plaintiffs and/or their representatives to inspect Defendant Ocean Colony's facilities twice a year to ensure the availability and proper maintenance of the carts.

**WHEREAS,** plaintiffs' believe they have secured relief that will inure to the benefit of all persons with mobility disabilities who wish to use an accessible cart at Ocean Colony's golf facilities located in Half Moon Bay.

**WHEREAS,** no class has yet been certified in this action.

**WHEREAS,** plaintiffs' counsel is not aware of any putative class member that has relied on this class action to his or her detriment or who has refrained from filing his or her own complaint for injunctive relief or damages because of this case.

**WHEREAS,** the claims against Defendants Marriott International Inc. and Host Marriott Corporation are not resolved and these parties remain Defendants in this action.

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Celano v. Marriott International, Inc., et. al.* - Case No.: C-05-4004-PJH
Notice of Voluntary Dismissal of Defendant Ocean Colony

1

1  **NOTICE IS HEREBY GIVEN** that pursuant to Fed.R.Civ.Proc. 41(a), plaintiffs
2  voluntarily dismiss Defendant Ocean Colony from this action with prejudice.

4  DATED: March 7, 2006                    DISABILITY RIGHTS ADVOCATES

6                                          By: _____
7                                          Kevin Knestrick
                                            Attorneys for Plaintiffs
8                                          LAWRENCE CELANO, RICHARD
                                            THESING, and the PROPOSED
9                                          PLAINTIFF CLASS

11 \\Server\cases\Celano.Marriott\Pleadings\Notice_of_Dismissal_OCP.doc

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

*Celano v. Marriott International, Inc., et. al.* - Case No.: C-05-4004-PJH
**Notice of Voluntary Dismissal of Defendant Ocean Colony**

2