| | |
|---|---|
| CHAVEZ & GERTLER LLP | GREENBERG TRAURIG, LLP |
| MARK A. CHAVEZ (Bar No. 90858) | GREGORY F. HURLEY (Bar No. 126791) |
| KIM E. CARD (Bar No. 147779) | 650 Town Center Drive, Suite 1700 |
| ANDREA S. VISVESHWARA (Bar No. 227412) | Costa Mesa, California 92626 |
| 42 Miller Avenue | Telephone: (714) 708-6500 |
| Mill Valley, California | Facsimile: (714) 708-6501 |
| Telephone: (415) 381-5599 | Email: hurley@gtlaw.com |
| Facsimile: (415) 381-5572 | |
| Email: mark@chavezgertler.com | Attorneys for Defendants |
|      kim@chavezgerlter.com | MARRIOTT INTERNATIONAL, INC., |
|      andrea@chavezgertler.com | a Delaware Corporation, and |
| | HOST MARRIOTT CORPORATION, |
| | a Maryland Corporation. |

DISABILITY RIGHTS ADVOCATES
LAURENCE W. PARADIS (Bar No. 122336)
KEVIN KNESTRICK (Bar No. 229620)
2001 Center Street, Third Floor
Berkeley, California  94704-1204
Telephone:     (510) 665-8644
Facsimile:      (510) 665-8511
TTY:              (510) 665-8716
Email:            general@dralegal.org

Attorneys for Plaintiffs
LAWRENCE CELANO
RICHARD THESING and the
PROPOSED PLAINTIFF CLASS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO/OAKLAND DIVISION**

| | |
|---|---|
| LAWRENCE CELANO and RICHARD THESING, individually and on behalf of all similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation; OCEAN COLONY PARTNERS, L.L.C., a California limited liability company,<br><br>           Defendants. | Case No. C-05-4004 PHJ<br><br>**[~~PROPOSED~~] ORDER**<br><br>Judge: The Honorable Phyllis J. Hamilton<br><br>Date Action Filed:     October 4, 2005 |

**[~~PROPOSED~~] ORDER**

Having reviewed the submission of Plaintiffs and Defendant Marriott, titled "Joint Motion and Stipulation Seeking Administrative Relief From General Order No. 56" and finding good cause therein, the Court excuses Plaintiffs and Defendant Marriott from the remaining mediation requirement of General Order No. 56 ("Americans with Disabilities Act Access Litigation").  A Scheduling Order setting a Case Management Conference and deadlines for the exchange of initial disclosures will follow this order.

IT IS SO ORDERED.

DATED: MARCH __13__, 2006



The Honorable Phyllis J. Hamilton

*Celano v. Marriott International, Inc., et. al.* - **Case No.: C-05-4004-PJH**
**[Proposed] Order**

1