**CHAVEZ & GERTLER LLP**
MARK A. CHAVEZ (Bar No. 90858)
JONATHAN GERTLER (Bar No.111531)
KIM E. CARD (Bar No. 147779)
NANCE BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
Email: mark@chavezgertler.com
kim@chavezgertler.com
jon@chavezgertler.com
nance@chavezgertler.com

**DISABILITY RIGHTS ADVOCATES**
SID WOLINSKY (Bar No. 33716)
KEVIN KNESTRICK (Bar No. 229620)
2001 Center Street, Third Floor
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
TTY: (510) 665-8716
Email: general@dralegal.org

Attorneys for Plaintiffs
Lawrence Celano, Richard Thesing
and the Proposed Plaintiff Class

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO and RICHARD THESING on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation; HOST MARRIOTT CORPORATION, a Maryland corporation, | Case No. : 05-CV-04004-PJH<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND DISMISSAL OF HOST MARRIOTT CORPORATION |

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

# [~~PROPOSED~~] ORDER

Having reviewed the parties' "Stipulation for Filing of First Amended Complaint and Dismissal of Host Marriott Corporation" the Court hereby orders that Plaintiffs may file the First Amended Complaint attached thereto. Said complaint will be the operative complaint in this action. It is further ordered that Host Marriott Corporation is dismissed without prejudice. Pursuant to the parties' stipulation, Host Marriott Corporation waives any right it may have to recover any of its costs previously incurred in this action.

IT IS SO ORDERED.

Dated: October 12, 2006

THE HONORABLE PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (signature stamp, United States District Court, Northern District of California)*

\\Server\cases\Celano.Marriott\Pleadings\Motion to Amend\Celano_Proposed_Order_Stipulation.doc

DISABILITY RIGHTS ADVOCATES
2001 CENTER STREET, THIRD FLOOR
BERKELEY, CALIFORNIA 94704-1204
(510) 665-8644

[Proposed] Order Re: Stipulation for Filing of First Amended Complaint and Dismissal of Host Marriott Corporation
*Celano v. Marriot International, Inc.,* Case No. C-05-4004 PJH

1