1  **CHAVEZ & GERTLER LLP**
   MARK A. CHAVEZ (Bar No. 90858)
2  JONATHAN E. GERTLER (Bar No. 111531)
   NANCE F. BECKER (Bar No. 99292)
3  42 Miller Avenue
   Mill Valley, California 94941
4  Telephone:  (415) 381-5599
   Facsimile:   (415) 381-5572
5  Email: mark@chavezgertler.com
            jon@chavezgertler.com
6           nance@chavezgerlter.com

7  **DISABILITY RIGHTS ADVOCATES**
   LAURENCE W. PARADIS (Bar No. 122336)
8  KEVIN KNESTRICK (Bar No. 229620)
   2001 Center Street, Third Floor
9  Berkeley, CA 94704-1204
   Telephone:  (510) 451-8644
10 Facsimile:   (510) 451-8511
   Email: general@dralegal.org
11
   Attorneys for Plaintiffs
12 LAWRENCE CELANO,
   RICHARD THESING, WILLIAM HEFFERON
13 and the PROPOSED PLAINTIFF CLASS

14                IN THE UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                   SAN FRANCISCO/OAKLAND DIVISION

17 | LAWRENCE CELANO, RICHARD          ) Case No.: C05-04004 PJH
   | THESING, and WILLIAM HEFFERON,    )
18 | individually and on behalf of all others ) [Proposed] ORDER RE:
   | similarly situated,                ) "CONFIDENTIAL" DOCUMENTS
19 |                                    )
   |         Plaintiffs,                )
20 |                                    )
   | v.                                 )
21 |                                    )
   | MARRIOTT INTERNATIONAL, INC., a    )
22 | Delaware corporation,              )
   |                                    )
23 |         Defendant.                 )
   |                                    )
24                                      )
   |_____)
25

26

27

28

| | |
|---|---|
| 1 | Having considered all papers filed in support of and opposition to Plaintiffs' |
| 2 | Administration Motion re: Sealing Order, and good cause appearing, the Court hereby finds |
| 3 | that compelling circumstances do not exist for the sealing of the documents at issue, and that |
| 4 | each of the documents may be publicly filed as exhibits to, and discussed in the body of, |
| 5 | Plaintiffs' motion for class certification. |

Dated: November 7, 2006

_____
Hon. Phyllis J. Hamilton
U.S. District Court Judge