GREENBERG TRAURIG, LLP
GREGORY F. HURLEY (SBN 126791)
STACEY L. HERTER (SBN 185366)
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Telephone: (714) 708-6500
Facsimile: (714) 708-6501
Email: hurleyg@gtlaw.com; herter@gtlaw.com

Attorneys for Defendant, MARRIOTT INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO, RICHARD THESING, and WILLIAM HEFFERON individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. Case No.: C-05-4004 PJH<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION EXTENDING MARRIOTT INTERNATIONAL, INC.'S TIME TO OPPOSE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION BASED ON INABILITY TO DEPOSE PLAINTIFF AND PUTATIVE CLASS REPRESENTATIVE WILLIAM HEFFERON; ~~PROPOSED~~ ORDER THEREON**<br><br>Magistrate Judge James Larson<br>Courtroom F, 15th Floor |

JOINT STIPULATION
CASE NO. C 05 4004 PJH
OC 286108288v3 11/29/2006

THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, HEREBY STIPULATE AS FOLLOWS:

1. On November 21, 2006, this Court issued an Order granting Marriott International, Inc. ("Marriott") additional time to and including December 6, 2006 to oppose Plaintiffs' Motion for Class Certification "in view of the November 29, 2006 scheduled date for Mr. Hefferon's deposition." (Docket No. 109)

2. This Court's November 21st Order also required that Plaintiffs file their Reply to Marriott's Opposition to the Motion for Class Certification by December 13, 2006.

3. As part of its Order, the Court also vacated the hearing date set for Plaintiffs' Motion for Class Certification; the Court has indicated that a hearing date will be set after the ruling on Marriott's motion to stay regarding the summary judgment issue.

4. Mr. Hefferon's deposition was scheduled to proceed as noticed at 10:00 a.m. in Fort Myers, Florida. The Deposition was originally set for Orlando, Florida but moved to Fort Myers for the convenience of the witness.

5. On that date and time, Marriott's counsel in Florida, Brian Blair, was present at the deposition location prepared to take Mr. Hefferon's deposition. Plaintiffs' counsel, Ariana Mohit of Chavez & Gertler LLP, was also present at the deposition location, having flown the previous day from San Francisco to Fort Myers to defend the deposition.

6. Prior to the commencement of the deposition, Mr. Blair received a telephone call from his pregnant wife in Orlando informing him that she was at the hospital, that her water broke and that she was in labor.

7. Accordingly, Mr. Blair left the court reporter's office and was unable to take Mr. Hefferon's deposition on November 29, 2006.

8. The parties have agreed that Mr. Hefferon's deposition will proceed on

1  December 1, 2006 at 10:00 a.m. in Fort Myers, Florida.

2      9.   Based on the foregoing, the parties hereby stipulate and agree that Marriott
3  may have to and including December 11, 2006 to oppose Plaintiffs' Motion for Class
4  Certification to allow Marriott to take Mr. Hefferon's deposition.  Likewise, Plaintiffs
5  may have until December 18, 2006 to file their Reply to Marriott's Opposition.
6  IT IS SO STIPULATED:

8  DATED: **11/30**        , 2006      GREENBERG TRAURIG, LLP

10                                    By _____
11                                       Gregory F. Hurley
12                                       Stacey L. Herter
                                         Attorneys for Defendant, MARRIOTT
13                                       INTERNATIONAL, INC., a Delaware corporation

15  DATED: **29 Nov**        , 2006      CHAVEZ & GERTLER, LLP
16                                       DISABILITY RIGHTS ADVOCATES

18                                    By _____
                                         Nance F. Becker
19                                       Attorneys for Plaintiffs

21                                    **ORDER**

22   Good cause having been shown, it is hereby ORDERED that Defendant
23  MARRIOTT INTERNATIONAL, INC. is granted an extension of time in which to
24  oppose Plaintiffs' Motion for Class Certification in the above matter to December 11,
25  2006.  Plaintiffs' Reply to said Opposition is now due on December 18, 2006.

27  DATED: ~~November~~ December 4, 2006    By:_____
28                                       Hon. Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*