UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, RICHARD THESING, and WILLIAM HEFFERON on behalf of themselves and all others similarly situated,

    Plaintiffs,

    v.

MARRIOTT INTERNATIONAL, INC., a Delaware Corporation,

    Defendant.
_____/

No. C 05-4004 PJH

**ORDER RE DEFENDANT'S MOTION TO STAY HEARING**

Before the court is defendant Marriott International's motion to stay the pending hearing on plaintiffs' motion for class certification. Marriott seeks to stay the class certification hearing on grounds that the court should defer a decision on class certification in order to first resolve Marriott's motion for summary judgment, which Marriott has noticed for hearing on January 17, 2006.

The case management goals and deadlines thus far agreed upon by the parties and the court have expressly contemplated that discovery be limited to class discovery before merits discovery. As such, the court will not require plaintiffs to oppose a summary judgment motion on the merits of their claims until they have first had the opportunity to conduct merits discovery, particularly since there appear to be disputed facts on what defendant says is purely a question of law – namely, surrounding the issue of defendant's subsequent purchase of single rider cars and implementation of a reasonable accommodation policy.

Accordingly, Marriott's motion to stay is DENIED. The hearing on plaintiffs' motion

for class certification is placed back on calendar.  Due to the court's heavy calendar, however, the class certification motion will now be heard on **February 21, 2007**.  Defendant is further ordered to withdraw its motion for summary judgment, until a deadline is set by the court for the filing of dispositive motions, *after* the class certification issue is decided. Defendant shall file its notice of withdrawal within one week of the date of this order.

**IT IS SO ORDERED.**

Dated: December 12, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge