# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| CELANO ET AL | |
| Plaintiff(s), | No. C 05-04004 PJH (JL) |
| v. | ORDER |
| MARRIOTT INTERNATIONAL, INC. ET AL | |
| Defendant(s). | |

Plaintiff's motion for sanctions noticed for hearing on February 14, 2007 shall be submitted on the papers without hearing and without appearance by counsel.

Dated: February 2, 2007

_____
JAMES LARSON, Chief United States Magistrate Judge