1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    LAWRENCE CELANO, et al.,
8              Plaintiffs,                        No. C 05-4004 PJH
9         v.                                      **ORDER SETTING A BRIEFING
                                                  SCHEDULE**
10
     MARRIOTT INTERNATIONAL, INC.,
11
               Defendant.
12   _____/
13         Defendant Marriott International, Inc. ("Marriott") has filed Objections to Magistrate

14   Judge James Larson's April 9, 2007 Sanctions Order & Request to Vacate or Continue the

15   Hearing Date on Plaintiffs' Motion for Issue Preclusion Sanctions pursuant to Federal Rule

16   of Civil Procedure 72 and Local Rule 72-1.  Plaintiffs may file a response to Marriott's

17   objections within 10 days.  The Court will decide Marriott's objections on the papers, and

18   Marriott is not to file a reply brief.

19         IT IS SO ORDERED.

20   Dated:  April 23, 2007

21
22                                               _____
23                                               PHYLLIS J. HAMILTON
                                                 United States District Judge
24
     cc:  Wings, Judge Larson
25
26
27
28