UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, et al.,

    Plaintiffs,

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.

_____/

No. C 05-4004 PJH

**ORDER VACATING HEARING AND WITHDRAWING ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Plaintiffs filed a Motion for Issue Preclusion Sanctions on April 20, 2007, and this Court referred that Motion to Magistrate Judge James Larson for a report and recommendation.  Because Defendant Marriott International, Inc. ("Marriott") has filed Objections to Magistrate Judge James Larson's April 9, 2007 Sanctions Order & Request to Vacate or Continue the Hearing Date on Plaintiffs' Motion for Issue Preclusion Sanctions, because the April 9, 2007 Sanctions Order and Marriott's objections to that Order relate to Plaintiffs' Motion for Issue Preclusion Sanctions, and because the Court has now familiarized itself with those objections, the Court hereby withdraws the April 20, 2007 Order of Reference referring Plaintiffs' Motion for Issue Preclusion Sanctions to Magistrate Judge Larson for a report and recommendation.

    The Court further orders that the May 30, 2007 hearing and additional briefing on Plaintiffs' Motion for Issue Preclusion Sanctions be vacated.  The Court will first rule on Marriott's Objections before setting a briefing schedule on Plaintiffs' Motion for Issue Preclusion Sanctions, because that Motion may be mooted by the Court's ruling on those objections.

1
2
3  IT IS SO ORDERED.
4  Dated: April 24, 2007
5                                                                    _____
                                                                     PHYLLIS J. HAMILTON
                                                                     United States District Judge
6
7  cc: Wings, Judge Larson
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28