UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, et al.,

    Plaintiffs,

    v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant.
_____/

No. C 05-4004 PJH

**ORDER VACATING HEARING**

Defendant Marriott International, Inc. ("Marriott") filed a motion for summary judgment on April 25, 2007, noticing the motion for hearing on May 30, 2007. Plaintiffs filed an Administrative Motion for an Order Directing Defendant Marriott to Withdraw Its Motion for Summary Judgment and for Sanctions on April 27, 2007. On December 12, 2006, this Court had ordered Marriott to "withdraw its motion for summary judgment, until a deadline is set by the court for the filing of dispositive motions, *after* the class certification issue is decided." The Court denied plaintiffs' motion for class certification on April 18, 2007, and the Court set a case management conference for case scheduling purposes.

In light of the above, IT IS HEREBY ORDERED that the May 30, 2007 Hearing on Marriott's Motion for Summary Judgment is vacated. Plaintiffs need not oppose Marriott's motion until the Court sets a briefing schedule and hearing date for the motion, which the Court will discuss with the parties at the upcoming May 10, 2007 case management conference. It is FURTHER ORDERED that Marriott should not file an opposition to plaintiffs' Administrative Motion, in light of this Order.

SO ORDERED.

Dated: April 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge