UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CELANO, ET AL.,<br><br>    Plaintiff(s),<br><br>    v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>    Defendant(s).<br>_____/ | No. C-05-04004 PJH (JCS)<br><br>**NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Settlement Conference previously scheduled for June 21, 2007, at 9:30 a.m., has been continued until **June 26, 2007, at 11:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Lead trial counsel shall appear at the Settlement Conference with the parties who have full and unlimited settlement authority.

**Each party shall prepare a Settlement Conference Statement, which must be lodged with the undersigned's Chambers no later than June 13, 2007**, if not already provided to the undersigned.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's May 17, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: June 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge