**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CELANO, ET AL., | Case No. C-05-04004 PJH (JCS) |
| Plaintiff(s), | **AMENDED ORDER PERMITTING TELEPHONIC APPEARANCE AT SETTLEMENT CONFERENCE** |
| v. | |
| MARRIOTT INTERNATIONAL, INC., ET AL., | |
| Defendant(s). | |

Pursuant to the request of counsel for Plaintiffs, Plaintiff William Hefferon may attend the settlement conference on June 26, 2007, **at 11:00 a.m.**, by telephone. Mr. Hefferon must be available for the duration of the conference.

IT IS SO ORDERED.

Dated: June 25, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge