**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, ET AL.,                         No. C-05-04004 PJH (JCS)

        Plaintiff(s),

        v.                                          **NOTICE AND ORDER
SETTING FURTHER
SETTLEMENT CONFERENCE**

MARRIOTT INTERNATIONAL, INC.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

      You are hereby notified that a Further Settlement Conference has been scheduled for **October 15, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  Lead trial counsel shall appear at the Further Settlement Conference with the parties who have full and unlimited settlement authority.

      The parties are directed to advise Chambers of the status of the summary judgment motions **no later than October 1, 2007**.

      **No later than October 8, 2007**, each party shall prepare and LODGE with the undersigned's Chambers an updated Settlement Conference Statement.

      The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's May 17, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

      IT IS SO ORDERED.

Dated: June 29, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge