# Greenberg
# Traurig

Gregory F. Hurley
Tel. 714.708.6614
Fax. 714.708.6501
HurleyG@gtlaw.com

July 27, 2007

Honorable Phyllis J. Hamilton
U.S. District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 3
San Francisco, CA 94102-3483

    Re:    *Celano v. Marriott, et al.*
           Case No. C-05-04004 PJH

Dear Judge Hamilton:

    In a July 13, 2007, Order, the Court asked the parties to meet and confer about the plaintiffs' motion for issue sanctions and to file a joint report. On July 25th the parties met and conferred about that issue.

    Plaintiffs explained their concerns about Marriott's production and why they believe the missing documents are important. Marriott questioned the relevance of some of the documents but confirmed that it was not objecting to producing them. Marriott agreed to review the documents it had produced and to help the plaintiffs identify any documents related to Avendra and the purchase of golf cars included in its prior production. Marriott also agreed to review its files for any additional documents related to the purchase of golf cars.

    Plaintiffs have asked for the depositions of Marriott employees at the Desert Ridge and Desert Springs resorts. Marriott has agreed to produce these individuals, and is providing plaintiffs with dates for these depositions. Marriott believes that these depositions will help the plaintiffs understand the process of how Marriott manages courses owned by others, including the purchase of golf cars.

    Plaintiffs continue to believe that preclusion sanctions are appropriate based on their allegations that Marriott failed to respond in a timely or complete manner to their discovery requests or to comply with Magistrate Judge Larson's Discovery Order. However, the

parties believe that the most significant issues related to the production of documents may be resolved through the above efforts within the next 30 days, and ask the Court to allow them to file a joint statement 30 days from today on the issue of plaintiffs' motion for issue preclusion.

Respectfully submitted,

Gregory F. Hurley
Attorneys for Defendants

Nance F. Becker
Attorneys for Defendants

7/30/07

IT IS SO ORDERED
Judge Phyllis J. Hamilton

GFH:slc