**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6   LAWRENCE CELANO, RICHARD
    THESING, and WILLIAM HEFFERON on
7   behalf of themselves and all others similarly
    situated,
8
                Plaintiffs,                        No. C 05-4004 PJH
9
            v.                                     **ORDER RE ADMINISTRATIVE
10                                                 MOTION TO CONTINUE HEARING**
    MARRIOTT INTERNATIONAL, INC., a
11  Delaware corporation,

12              Defendant.
    _____/
13

14          Before the court is plaintiffs' administrative motion objecting to defendant's recently

15  filed motion for summary judgment, and requesting that the court either (1) require

16  defendant to file a new summary judgment motion; or (2) continue the hearing date on

17  defendant's pending motion for summary judgment, in order to allow sufficient time for

18  discovery.  Plaintiffs object to defendant's motion on grounds that it encompasses factual

19  issues, and therefore fails to comply with the court's express ruling allowing defendant to

20  file one "early motion for summary judgment on purely legal issues."  Defendant, for its

21  part, has not opposed plaintiffs' motion.

22          As plaintiffs point out, the court held a case management conference in this case on

23  May 10, 2007.  At that conference, the court scheduled a dispositive motion hearing

24  deadline of December 12, 2007.  Upon defendant's request, however, the court expressly

25  granted defendant leave to file an early motion for summary judgment on August 1, 2007,

26  provided that the motion be limited to "purely legal issues."

27          Defendant does not appear to have complied with that instruction.  While the

28  summary judgment motion filed on August 1 does address purely legal issues, it *also*

**United States District Court**

For the Northern District of California

1  addresses factual issues, the resolution of which is dependent upon the completion of

2  discovery.  Indeed, defendant's motion is nearly identical to the two summary judgment

3  motions that defendant attempted to file on December 1, 2006 and April 25, 2007.  In

4  rejecting these prior attempts, the court specifically noted that there appeared to be

5  disputed facts on what defendant contends is purely a question of law – namely,

6  surrounding the issue of defendant's subsequent purchase of single rider cars and

7  implementation of a reasonable accommodation policy.

8       Having now filed substantially the same brief for a third time, defendant cannot be

9  surprised that the court has again arrived at the same conclusion here as it did previously.

10  In short, the court finds that defendant's motion addresses factual issues as well as legal

11  issues, and accordingly contravenes this court's explicit instructions that an early summary

12  judgment motion would be permitted only insofar as it addressed purely legal issues.

13       Moreover, given defendant's repeated attempts to file what is essentially the same

14  dispositive motion, it appears to the court that defendant really has need of only one

15  dispositive motion in order to address both the legal and factual issues at the heart of its

16  case.  Accordingly, as of the date of this order, defendant shall be allowed to file only one

17  dispositive motion, as originally contemplated in the court's pretrial schedule, and in

18  accordance with the pretrial dates set forth at the May 10, 2007 case management

19  conference.

20       In sum, plaintiffs' administrative motion is GRANTED.  The court hereby VACATES

21  the September 5, 2007 hearing on defendant's motion for summary judgment.  The motion

22  will be denied without prejudice unless defendant withdraws it within one week.  Defendant

23  may re-file the same motion or another after the discovery cutoff date with a noticed

24  hearing date of December 12, 2007.

25  **IT IS SO ORDERED.**

26  Dated: August 13, 2007

27  _____
    PHYLLIS J. HAMILTON
    United States District Judge

28

2