UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CELANO, ET AL.,<br><br>  Plaintiff(s),<br><br>  v.<br><br>MARRIOTT INTERNATIONAL, INC.,<br><br>  Defendant(s).<br>_____/ | No. C-05-04004 PJH (JCS)<br><br>**NOTICE AND ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, due to an unavoidable trial conflict, the Further Settlement Conference previously scheduled for October 15, 2007, at 9:30 a.m., has been continued until **February 14, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Lead trial counsel shall appear at the Settlement Conference with the parties who have full and unlimited settlement authority.

**Each party shall prepare an updated Settlement Conference Statement, which must be LODGED with the undersigned's Chambers no later than February 7, 2008**.

The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference.  All other provisions of this Court's May 17, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

IT IS SO ORDERED.

Dated: October 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge