UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, ET AL.,

        Plaintiff(s),

    v.

MARRIOTT INTERNATIONAL, INC.,

        Defendant(s).

_____/

No. C-05-04004 PJH (JCS)

**ORDER REGARDING INJUNCTIVE RELIEF**

On January 29, 2008, the Court held a telephonic status conference. Sid Wolinsky and Mark Chavez, counsel for Plaintiffs, appeared. Greg Hurley, counsel for Defendant, appeared.

IT IS HEREBY ORDERED that Plaintiffs shall serve their comprehensive settlement demand, including all proposed injunctive relief, no later than 5:00 p.m., on **Wednesday, January 30, 2008.** Defendant shall serve their comprehensive response, including all proposed injunctive relief, no later than 5:00 p.m., on **Monday, February 11, 2008.**

IT IS HEREBY FURTHER ORDERED that all parties with unlimited settlement authority and lead trial counsel for Plaintiffs and Defendants shall meet-and-confer, in person, regarding the proposed injunctive relief on **Wednesday, February 13, 2008**. All parties must attend, in person, unless there is an unavoidable conflict, in which case they may appear by phone.

IT IS HEREBY FURTHER ORDERED that the **February 14, 2008** settlement conference remains on calendar. All parties with unlimited settlement authority must attend.

IT IS SO ORDERED.

Dated: January 30, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge