UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE CELANO, ET AL., | Case No. C-05-04004 PJH (JCS) |
| Plaintiff(s), | |
| v. | **ORDER EXCUSING PERSONAL ATTENDANCE OF PLAINTIFFS CELANO AND HEFFERON AT SETTLEMENT CONFERENCE** |
| MARRIOTT INTERNATIONAL, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By correspondence to the Court under date of February 5, 2008, Plaintiffs Lawrence Celano and William Hefferon requested that they be excused from personally appearing at the meet-and-confer session on February 13, 2008, and the Further Settlement Conference scheduled for February 14, 2008, at 9:30 a.m. No objection to Plaintiffs' request has been received from Defendant.

Upon consideration of the request, the Court finds good cause for excusing the personal attendance of Plaintiffs Celano and Hefferon at the meeting and the Further Settlement Conference. Therefore, IT IS HEREBY ORDERED that Plaintiffs Celano and Hefferon be available by telephone during the February 13, 2008 meet-and-confer session and during the February 14, 2008 Further Settlement Conference, beginning at 9:30 a.m. and continuing for the duration of the conference. If the Court concludes that Plaintiffs' absence is interfering with the Further Settlement Conference, the Court may continue the conference and order the personal attendance by each party, including the above-named Plaintiffs.

IT IS SO ORDERED.

Dated: February 7, 2008

JOSEPH C. SPERO
United States Magistrate Judge