UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, ET AL.,          No. C-05-04004 PJH (JCS)

    Plaintiff(s),

    v.                                     **NOTICE AND ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

MARRIOTT INTERNATIONAL, INC.,

    Defendant(s).

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that a Further Settlement Conference has been scheduled for **March 27, 2008, at 11:00 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel shall appear at the Further Settlement Conference with the parties who have full and unlimited settlement authority.

    **No later than March 20, 2008**, each party shall prepare and LODGE with the undersigned's Chambers an updated Settlement Conference Statement.

    The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's May 17, 2007 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

    IT IS SO ORDERED.

Dated: March 3, 2008

                                                      JOSEPH C. SPERO
                                                      United States Magistrate Judge