UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LAWRENCE CELANO, ET AL.,

    Plaintiff(s),

v.

MARRIOTT INTERNATIONAL, INC.,

    Defendant(s).
_____/

Case No. C-05-04004 PJH (JCS)

**ORDER EXCUSING PERSONAL ATTENDANCE OF PLAINTIFFS CELANO AND HEFFERON AT SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By correspondence to the Court under date of March 11, 2008, Plaintiffs Lawrence Celano and William Hefferon requested that they be excused from personally appearing at the Further Settlement Conference scheduled for March 27, 2008, at 11:00 a.m. No objection to Plaintiffs' request has been received from Defendant.

Upon consideration of the request, the Court finds good cause for excusing the personal attendance of Plaintiffs Celano and Hefferon at the Further Settlement Conference. Therefore, IT IS HEREBY ORDERED that Plaintiffs Celano and Hefferon be available by telephone during the March 27, 2008 Further Settlement Conference, beginning at 11:00 a.m. and continuing for the duration of the conference. If the Court concludes that Plaintiffs' absence is interfering with the Further Settlement Conference, the Court may continue the conference and order the personal attendance by each party, including the above-named Plaintiffs.

IT IS SO ORDERED.

Dated: March 14, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge