**CHAVEZ & GERTLER LLP**
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
Email: mark@chavezgertler.com
       nance@chavezgertler.com

**DISABILITY RIGHTS ADVOCATES**
SID WOLINSKY (Bar No. 33716)
KEVIN KNESTRICK (Bar No. 229620)
449 15th Street, Suite 303
Oakland, CA 94612
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
Email: general@dralegal.org

Attorneys for Plaintiffs
LAWRENCE CELANO,
RICHARD THESING and
WILLIAM HEFFERON

**SEYFARTH SHAW LLP**
GERALD L. MAATMAN
(Illinois Bar 6181016)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: gmaatman@seyfarth.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO, RICHARD THESING, and WILLIAM HEFFERON, <br><br> Plaintiffs, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware corporation, <br><br> Defendant. | Case No. :C 05-04004 PJH(JL) <br><br> **STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Plaintiffs Lawrence Celano, Richard Thesing, and William Hefferon and defendant Marriott International, Inc., through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

1. On May 16, 2008 the Court issued a Permanent Injunction and entered Judgment for plaintiffs in this case.

2. At the case management conference held on May 15, 2008 the Court urged the parties to confer and attempt to resolve plaintiffs' claim for attorneys' fees, costs and expenses pursuant to federal and state law.

3. Rule 54 of the Federal Rules of Civil Procedure provides that such a motion must be filed within 14 days of the entry of judgment, unless the time period is extended.

4. The parties wish to explore the possibility of resolving plaintiffs' claim for attorneys' fees and costs without the necessity for a motion. The parties believe that 14 days is an insufficient period of time for them to exchange information and negotiate about plaintiffs' attorneys' fees, and that the interests of justice would be served by an extension of plaintiffs' time to file their motion.

## STIPULATION

Accordingly, the parties stipulate that the time period within which plaintiffs must file their motion for attorneys' fees, costs and expenses as the prevailing party in this action shall be extended to July 30, 2008.

Dated: May 23, 2008

Respectfully submitted,

CHAVEZ & GERTLER LLP
DISABILITY RIGHTS ADVOCATES

By: _____
Nance F. Becker
Attorneys for Plaintiffs
LAWRENCE CELANO,

1

|   |   |
|---|---|
|   | RICHARD THESING and<br>WILLIAM HEFFERON |
| Dated: May 23 2008 | SEYFARTH SHAW LLP |
|   | By: *J.L. Maatman* by CB<br>Gerald L. Maatman, Jr.<br>Attorneys for Defendant<br>MARRIOTT INTERNATIONAL, INC |

I certify that Mr. Maatman has authorized me to sign this Stipulation on his behalf.

*Nance Becker*
Nance F. Becker

### [PROPOSED] ORDER

Good cause appearing, the Court hereby approves the above stipulation and Orders that plaintiffs shall have until July 30, 2008 to file their motion for attorneys' fees, costs and expenses in this action.

IT IS SO ORDERED.

Dated: May 27, 2008

IT IS SO ORDERED
*[signature]*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE
(C.C.P. §1013a(3))

STATE OF CALIFORNIA )
) ss.
COUNTY OF MARIN )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On May 23, 2008, I served the foregoing documents:

- **STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Gerald L. Maatman
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
GMaatman@seyfarth.com

[X]  **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

[X]  **BY EMAIL:** The above mentioned document was also served on the interested parties in this action by transmitting them via email, addressed to the person to be served at the email addresses shown above.

Executed on May 23, 2008, at Mill Valley, California.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Cate L. Coelho

PROOF OF SERVICE