1 | **CHAVEZ & GERTLER LLP**
MARK A. CHAVEZ (Bar No. 90858)
2 | NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
3 | Mill Valley, California 94941
Telephone: (415) 381-5599
4 | Facsimile: (415) 381-5572
Email: mark@chavezgertler.com
5 |         nance@chavezgertler.com

6 | **DISABILITY RIGHTS ADVOCATES**
SID WOLINSKY (Bar No. 33716)
7 | KEVIN KNESTRICK (Bar No. 229620)
449 15th Street, Suite 303
8 | Oakland, CA 94612
Telephone: (510) 665-8644
9 | Facsimile: (510) 665-8511
Email: general@dralegal.org

Attorneys for Plaintiffs
LAWRENCE CELANO,
RICHARD THESING and
WILLIAM HEFFERON

**SEYFARTH SHAW LLP**
GERALD L. MAATMAN
(Illinois Bar 6181016)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: gmaatman@seyfarth.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO, RICHARD THESING, and WILLIAM HEFFERON,<br><br>Plaintiffs,<br><br>v.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. :C 05-04004 PJH(JL)<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER EXTENDING TIME TO FILE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

Plaintiffs Lawrence Celano, Richard Thesing, and William Hefferon and defendant Marriott International, Inc., through their attorneys of record, hereby stipulate and agree as follows:

**RECITALS**

1. On May 16, 2008, the Court issued a Permanent Injunction and entered Judgment for plaintiffs in this case.

2. At the case management conference held on May 15, 2008 the Court urged the parties to confer and attempt to resolve plaintiffs' claim for attorneys' fees, costs and expenses pursuant to federal and state law.

3. Rule 54 of the Federal Rules of Civil Procedure provides that such a motion must be filed within 14 days of the entry of judgment, unless the time period is extended.

4. Because the parties wished to explore the possibility of resolving plaintiffs' claim for attorneys' fees and costs without the necessity for a motion, they jointly requested the Court to grant plaintiffs a 60-day extension of time to file their motion. On May 27, 2008 the Court approved the stipulation, ordering that plaintiffs file their motion by July 30, 2008 (docket no. 258).

5. Two events have occurred since then which impact the scheduling of the fee motion. First, Marriott filed a Notice of Appeal (U.S. Court of Appeals Case No. 08-1697), and the Ninth Circuit has scheduled a July 29, 2008 conference to consider whether the case should be referred to appellate mediation. Second, the Department of Justice issued a Notice of Proposed Rulemaking (NPRM) on accessibility issues which includes findings pertinent to plaintiffs' underlying claims, and may impact the substantive issues on appeal.

6. The parties desire to meet and confer about those new developments. In order to avoid a potentially unnecessary expenditure of further private and judicial resources on this matter, the parties concur that it makes sense to defer the filing of plaintiffs' motion for an award of attorneys' fees for an additional 30 days.

///
///

## STIPULATION

Accordingly, the parties stipulate: (1) that the time period within which plaintiffs must file their motion for attorneys' fees, costs and expenses as the prevailing party in this action shall be extended for an additional thirty days, to August 29, 2008; and (2) that the District Court shall continue to retain jurisdiction for the limited purpose of ruling upon plaintiffs' award of attorneys' fees, costs and expenses in this action.

Dated: July 14, 2008

Respectfully submitted,

CHAVEZ & GERTLER LLP
DISABILITY RIGHTS ADVOCATES

By: _____/s/_____
Nance F. Becker
Attorneys for Plaintiffs
LAWRENCE CELANO,
RICHARD THESING and
WILLIAM HEFFERON

Dated: July 14, 2008

SEYFARTH SHAW LLP

By: _____/s/_____
Gerald L. Maatman, Jr.
Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC

I certify that Mr. Maatman has authorized me to sign this Stipulation on his behalf.

Nance F. Becker

///
///
///

**[~~PROPOSED~~] ORDER**

Good cause appearing, the Court hereby approves the above stipulation and Orders that plaintiffs shall have an additional thirty days, up to and including August 29, 2008, to file their motion for attorneys' fees, costs and expenses in this action. The Court shall retain jurisdiction for the purpose of ruling upon the motion.

IT IS SO ORDERED.

Dated: July 21, 2008

