**CHAVEZ & GERTLER LLP**
MARK A. CHAVEZ (Bar No. 90858)
NANCE F. BECKER (Bar No. 99292)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572
Email: mark@chavezgertler.com
          nance@chavezgertler.com

**DISABILITY RIGHTS ADVOCATES**
SID WOLINSKY (Bar No. 33716)
KEVIN KNESTRICK (Bar No. 229620)
449 15th Street, Suite 303
Oakland, CA 94612
Telephone: (510) 665-8644
Facsimile: (510) 665-8511
Email: general@dralegal.org

Attorneys for Plaintiffs
LAWRENCE CELANO,
RICHARD THESING and
WILLIAM HEFFERON

**SEYFARTH SHAW LLP**
GERALD L. MAATMAN
(Illinois Bar 6181016)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
Telephone: 312-460-5000
Facsimile: 312-460-7000
Email: gmaatman@seyfarth.com

Attorneys for Defendant
MARRIOTT INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| LAWRENCE CELANO, RICHARD THESING, and WILLIAM HEFFERON, <br><br> Plaintiffs, <br><br> v. <br><br> MARRIOTT INTERNATIONAL, INC., a Delaware corporation, <br><br> Defendant. | ) Case No. :C 05-04004 PJH(JL) <br> ) <br> ) **FURTHER STIPULATION AND** <br> ) ~~**PROPOSED**~~ **ORDER EXTENDING** <br> ) **TIME TO FILE PLAINTIFFS' MOTION** <br> ) **FOR ATTORNEYS' FEES** <br> ) <br> ) <br> ) <br> ) <br> ) |

Plaintiffs Lawrence Celano, Richard Thesing, and William Hefferon and defendant Marriott International, Inc., through their attorneys of record, hereby stipulate and agree as follows:

## RECITALS

1. On May 16, 2008, the Court issued a Permanent Injunction and entered Judgment for plaintiffs in this case.

2. Since that time, the parties have been actively meeting and conferring and are pleased to report that they have reached agreement on all of the remaining issues in the case. The written settlement agreement is being drafted, and we anticipate that it will be finalized within the next two weeks.

3. In order to preserve their rights in the event that unforeseen obstacles to the settlement are encountered, the parties believe that it is in the interests of justice to extend the deadline for plaintiffs to file their motion for an award of attorneys' fees and costs one last time, and therefore request the Court to approve this stipulation and order that, if necessary, plaintiffs file their motion by September 30, 2008.

## STIPULATION

Accordingly, the parties stipulate: (1) that the time period within which plaintiffs must file their motion for attorneys' fees, costs and expenses as the prevailing party in this action shall be extended to September 30, 2008; and (2) that the District Court shall continue to retain jurisdiction for the limited purpose of ruling upon plaintiffs' award of attorneys' fees, costs and expenses in this action.

Dated: August 15, 2008          Respectfully submitted,

                                CHAVEZ & GERTLER LLP
                                DISABILITY RIGHTS ADVOCATES


                         By:    _____/s/_____
                                Nance F. Becker

|   |   |
|---|---|
|   | Attorneys for Plaintiffs<br>LAWRENCE CELANO,<br>RICHARD THESING and<br>WILLIAM HEFFERON |
| Dated:  August 15, 2008 | SEYFARTH SHAW LLP |
|   | By:  _____/s/_____<br>Gerald L. Maatman, Jr.<br>Attorneys for Defendant<br>MARRIOTT INTERNATIONAL, INC |

I certify that Mr. Maatman has authorized me to sign this Stipulation on his behalf.

_____/s/_____
Nance F. Becker

### [~~PROPOSED~~] ORDER

Good cause appearing, the Court hereby approves the above stipulation and Orders that plaintiffs shall have an additional extension of time, up to and including September 30, 2008, to file their motion for attorneys' fees, costs and expenses in this action. The Court shall retain jurisdiction for the purpose of ruling upon the motion.

IT IS SO ORDERED.

Dated:  August 18, 2008

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*